NUMBER 13-03-160-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 

__________________________________________________________________


ALFREDO NORIEGA , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 105th District Court 

of Nueces County, Texas.


___________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam


 Appellant, ALFREDO NORIEGA , attempted to perfect an appeal from a judgment entered by the 105th District Court of
Nueces County, Texas. Sentence in this cause was imposed on August 22, 2001 . No timely motion for new trial was filed
. The notice of appeal was due to be filed on September 21, 2001 , but was not filed until December 19, 2002. Said
notice of appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and a motion
requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 17th day of April, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).